# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Dale A. Moss                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-22649 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of KeyBank, NA, s/b/m First Niagara Bank, NA and index same on the master mailing list.

Respectfully submitted,

/s/ **Maria D. Miksich**
Maria Miksich
13 May 2021, 08:18:27, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 91d3c51fe63c28551ad2b16c01baf63d5973118c677ed440a48d8be79632e8ca