Form 106−C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Dale A Moss

CASE NUMBER: 20−22649−JAD

RELATED TO DOCUMENT NO: 38

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The Withdrawal of Proof of Claim No. 5 filed by Verizon by American Infosource as agent that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Withdrawal of Proof of Claim must be re−filed with a complete case caption, in compliance with W.PA. LBR 9004−1. Please ensure to include U.S. Bankruptcy Court, movant and respondent within said caption. In addition, a daytime phone number for the filing party must be included on the pdf.

You must file a revised Withdrawal of Proof of Claim No. 5 within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the revised Withdrawal of Proof of Claim No. 5 that is filed in response to this Notice.**

Dated this The 29th of June, 2021

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22649-JAD |
| Dale A Moss | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Jun 29, 2021 | Form ID: 106c | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dale A Moss, 634 Stamford Drive, Greensburg, PA 15601-6041 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 29 2021 23:46:16 | Verizon by AmericanInfoSource as agent, ATTN: Ashley Boswell, 4515 N. Santa Fe Ave., Oklahoma City,, OK 73118-7901 |
| 15308351 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 29 2021 23:46:13 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey J. Sacca | on behalf of Debtor Dale A Moss csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Maria Miksich | on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA mmiksich@kmllawgroup.com |

District/off: 0315-2        User: culy        Page 2 of 2
Date Rcvd: Jun 29, 2021        Form ID: 106c        Total Noticed: 3

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 5