IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: DALE A MOSS | Case: 20-22649-JAD |
| Debtor/Movant | Chapter 13 |
| V. | |
| No Respondent | |

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 11/09/2020, marked as claim number 5 on the court's claims register, for the account number ending in 0001, and in the amount of $129.54.

Dated: 07/22/2021
/s/ Ashley Boswell
Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
(877) 893-8820

Reference Number: 7317659Withdraw0001