**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DALE A MOSS | Case No.:20-22649 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/11/2020 and confirmed on 10/26/2020 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,484.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,484.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,255.00 | |
|   Trustee Fee | 506.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,761.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   KEYBANK NA S/B/M FIRST NIAGARA BANK | 0.00 | 3,686.52 | 0.00 | 3,686.52 |
|     Acct: 5572 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 13,096.99 | 955.50 | 1,080.53 | 2,036.03 |
|     Acct: 0060 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 8,182.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 7120 | | | | |
| | | | | 5,722.55 |
| **Priority** | | | | |
|   COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DALE A MOSS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONONI & COMPANY | 3,600.00 | 3,255.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HEMPFIELD TOWNSHIP (EIT) | 848.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5429 | | | | |

\*\*\*N O N E\*\*\*

| 20-22649 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7669 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0259 | | | | |
| DISCOVER BANK(*) | 5,724.71 | 0.00 | 0.00 | 0.00 |
| Acct: 8884 | | | | |
| MUNICIPAL AUTHORITY OF WESTMOREL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8130 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1222 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7434 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,662.67 | 0.00 | 0.00 | 0.00 |
| Acct: 1232 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6421 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 5,722.55 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 848.00 | |
| SECURED | 21,279.86 | |
| UNSECURED | 7.387.38 | |

Date: 03/04/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com